MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

Robert C. Hubbs, Esq. (SBN 145641)
E. Denise Schissler, Esq. (SBN 193757)
KNEISLER, SCHONDEL & HUBBS
1160 North Dutton Avenue, Suite 240
P.O. Box 5767
Santa Rosa, CA 95402-5767
Telephone: (707) 542-5132
Facsimile: (707) 547-2212
E-Mail: edsesq@injuredworkerlaw.com

Attorneys for Plaintiff
Leon B. Hoppe, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON B. HOPPE, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, UNITED STATES POST OFFICE, UNITED STATES POSTAL SERVICE, and DOES 1 to 100, <br><br> Defendants. | No. C11-0540 RS <br><br> STIPULATION AND [PROPOSED] ORDER DISMISSING UNITED STATES POSTAL SERVICE AND UNITED STATES POST OFFICE |

    1. On or about February 4, 2011, plaintiff Leon B. Hoppe, Jr. ("plaintiff") filed a complaint against defendants United States of America, United States Post Office, United States Postal Service, and DOES 1 to 100.

///

2. Defendant United States of America answered the complaint on May 2, 2011. A motion to dismiss the United States Postal Service and United States Post Office was filed on May 2, 2011 and noticed for hearing on at 1:30 p.m. on June 9, 2011.

3. The parties hereby agree and stipulate to the dismissal of plaintiff's claims against the United States Post Office and United States Postal Service and the dismissal of the United States Post Office and United States Postal Service as defendants in the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party bearing its own costs and attorney's fees.

4. Defendants United States Postal Service and United States Post Office hereby withdraw the Motion to Dismiss United States Postal Service and United States Post Office, (Dkt. 17).

IT IS SO STIPULATED.

DATED: May 6, 2011

Respectfully submitted,
MELINDA HAAG
United States Attorney

JENNIFER S WANG
Assistant United States Attorney
Attorneys for Federal Defendants

DATED: May 5, 2011

E. DENISE SCHISSLER
KNEISLER, SCHONDEL AND HUBBS
Attorneys for Plaintiff, Leon B. Hoppe, Jr.

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the defendants United States Postal Service and United States Post Office, and the claims against the United States Postal Service and United States Post Office, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party bearing its own costs and attorney's fees. The June 9, 2011 hearing on the Motion to

///

| | |
|---|---|
| 1 | Dismiss United States Postal Service and United States Post Office (Dkt. 17) is vacated. |
| 2 | |
| 3 | DATED: 5/12/11 |
| 4 | RICHARD SEEBORG<br>UNITED STATES DISTRICT COURT JUDGE |

STIPULATION AND [PROPOSED] ORDER DISMISSING UNITED STATES POSTAL SERVICE & UNITED STATES POST OFFICE
C11-0540 RS                         3