MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
FAX: (415) 436-6748
jennifer.s.wang@usdoj.gov
neill.tseng@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON B. HOPPE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> UNITED STATES POST OFFICE, ) <br> UNITED STATES POSTAL SERVICE, and ) <br> DOES 1 to 100, ) <br> ) <br> Defendants. ) | No. C11-0540 RS <br><br> **STIPULATION TO EXTEND DEFENDANT'S DEADLINE FOR FILING DISCOVERY MOTION** |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. On or about August 5, 2011 and April 19, 2012, defendant served subpoenas for production of documents on third party, FirstComp Insurance Agency, Inc. ("FirstComp") for, among other things, documents related to plaintiff and FirstComp's workers compensation file related to plaintiff. Defendant has not yet received documents in response to its April 19, 2012 subpoena. However, defendant has been informed that FirstComp recently produced documents responsive to the April 19, 2012 subpoena and will provide additional documents.

2. Pursuant to the Court's June 9, 2011 Case Management Order, the fact discovery cut-off in

this action was May 4, 2012. Pursuant to Local Rule 37-3, the last day to file a motion to compel fact discovery is May 11, 2012.

3. To provide FirstComp additional time to provide documents to defendant and to provide additional time to resolve any outstanding discovery issues without the need for court intervention, subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate to extend the defendant's deadline to file a motion to compel compliance with the defendant's subpoena to FirstComp to May 21, 2012.

4. On May 9 and May 11, 2012, defendant's counsel contacted an attorney she understands to represent FirstComp in matters involving the workers' compensation claim related to plaintiff, and on May 11, 2012, defendant's counsel informed him of defendant's request to extend the deadline for a motion to compel FirstComp's compliance with defendant's subpoena.

IT IS SO ORDERED.

Respectfully submitted,
MELINDA HAAG
United States Attorney

Dated: May 11, 2012

JENNIFER S WANG
Assistant United States Attorney
Attorneys for Defendant


KNEISLER, SCHONDEL & HUBBS

Dated: May 11, 2012

ROBERT C. HUBBS
Attorneys for Plaintiff


[PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the defendant's deadline to file a motion to compel compliance with defendant's subpoena to FirstComp is extended to May 21, 2012.

IT IS SO ORDERED.

RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE