MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
FAX: (415) 436-6748
jennifer.s.wang@usdoj.gov
neill.tseng@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON B. HOPPE, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, UNITED STATES POST OFFICE, UNITED STATES POSTAL SERVICE, and DOES 1 to 100, <br><br> Defendants. | No. C11-0540 RS <br><br> **STIPULATION TO EXTEND DEFENDANT'S DEADLINE FOR FRCP 26(a)(2) DISCLOSURE OF RICHARD GRAVINA, M.D.; [PROPOSED] ORDER** |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Court's June 9, 2011 Case Management Scheduling Order, defendant's deadline to disclose expert testimony and reports is June 22, 2012.

2. At this time, defendant anticipates that it will disclose Richard Gravina, M.D., as a retained expert in this case. On or about May 30, 2012, Dr. Gravina notified defendant's counsel that he uses a medical typist to prepare his reports, and that his medical typist informed him that she would require additional time to type his report in this case.

3. At defendant's request, plaintiff has agreed to permit defendant to provide its Federal Rule

1  of Civil Procedure 26(a)(2) disclosures with respect to Dr. Gravina on June 29, 2012.

2      4. For the reasons discussed above, subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate to extend the defendant's deadline to serve its Federal Rule of Civil Procedure 26(a)(2) disclosures with respect to Dr. Gravina from June 22, 2012 to June 29, 2012.

    5. Pursuant to the Court's June 9, 2011 Case Management Scheduling Order, plaintiff's deadline to disclose expert testimony and reports was May 25, 2012. Plaintiff has disclosed Robert Raschke as a witness retained to provide expert testimony in this case. At plaintiff's request, defendant agreed that plaintiff would have until June 5, 2012 to provide a complete list of cases in which Mr. Raschke has testified as an expert at trial or deposition.

IT IS SO ORDERED.

Respectfully submitted,
MELINDA HAAG
United States Attorney

Dated: June __, 2012

JENNIFER S WANG
NEILL T. TSENG
Assistant United States Attorneys
Attorneys for Defendant

KNEISLER, SCHONDEL & HUBBS

Dated: June __, 2012

ROBERT C. HUBBS
Attorneys for Plaintiff

[PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the defendant's deadline to serve its Federal Rule of Civil Procedure 26(a)(2) disclosures with respect to Richard Gravina, M.D., is extended to June 29, 2012.

IT IS SO ORDERED.

Dated: 6/18/12

RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

STIP. TO EXTEND DEF'S FRCP26(a)(2)
DISCLOSURE OF RICHARD GRAVINA, M.D.;
[PROPOSED] ORDER
C11-0540 RS      2