MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov
    neill.tseng@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON B. HOPPE, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, UNITED STATES POST OFFICE, UNITED STATES POSTAL SERVICE, and DOES 1 to 100, <br><br> Defendants. | No. C11-0540 RS <br><br> AMENDED STIPULATION TO EXTEND EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Court's June 9, 2011 Case Management Scheduling Order, the expert discovery deadline is July 20, 2012, and all pretrial motions must be heard by September 13, 2012. The pretrial conference is set for November 29, 2012 at 10:00 a.m., and the trial in this case is set to begin on December 10, 2012 at 9:00 a.m.

2. The parties seek to extend the expert discovery deadline to September 21, 2012, and the deadline to hear pretrial motions to November 15, 2012. The additional time is required because the parties are in the process of arranging for private mediation to attempt to resolve the case.

3. For the reasons discussed above, subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate to extend the expert discovery deadline from July 20, 2012 to September 21, 2012. The parties, through their undersigned counsel, further agree and stipulate, subject to the Court's approval, to extend the last day to hear pretrial motions from September 13, 2012 to ~~November 15~~ October 4, 2012. All other case management dates, including the trial date, would remain the same.

Respectfully submitted,
MELINDA HAAG
United States Attorney

Dated: July /2, 2012

JENNIFER S WANG
NEILL T. TSENG
Assistant United States Attorneys
Attorneys for Defendant

KNEISLER, SCHONDEL & HUBBS

Dated: July 14, 2012

ROBERT C. HUBBS
Attorneys for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that:

1. The discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed by September 21, 2012.

2. All pretrial motions shall be heard no later than ~~November 15~~ October 4, 2012.

IT IS SO ORDERED.

Date: 7/16/12

RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE