IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Leon B. Hoppe, Jr.,

           Plaintiffs,

 vs.

United States of America,

           Defendants.

No. C 11-00540 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 5, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 11, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  8/20/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-02571 RS
STANDBY ORDER OF DISMISSAL