| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612) |
|   | United States Attorney |
| 2 | ALEX G. TSE (CSBN 152348) |
|   | Chief, Civil Division |
| 3 | JENNIFER S WANG (CSBN 233155) |
|   | Assistant United States Attorney |
| 4 | NEILL T. TSENG (CSBN 220348) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
FAX: (415) 436-6748
jennifer.s.wang@usdoj.gov
neill.tseng@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LEON B. HOPPE, JR., | ) | No. C11-0540 RS |
|   | ) |   |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
|   | ) |   |
| v. | ) |   |
|   | ) |   |
| UNITED STATES OF AMERICA, | ) |   |
| UNITED STATES POST OFFICE, | ) |   |
| UNITED STATES POSTAL SERVICE, and | ) |   |
| DOES 1 to 100, | ) |   |
|   | ) |   |
| Defendants. | ) |   |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Leon B. Hoppe, Jr. and defendant United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: 9/28/12

By: [signature]
LEON B. HOPPE, JR.
Plaintiff

DATED: 10-1-12

KNEISLER, SCHONDEL AND HUBBS

By: /s/ Robert Hubbs
ROBERT HUBBS
Attorneys for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 1/8/13

By: /s/ Jennifer S Wang
JENNIFER S WANG
NEILL T. TSENG
Assistant United States Attorneys

[PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE