| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | ALEX G. TSE (CSBN 152348)<br>Chief, Civil Division |
| 3 | JENNIFER S WANG (CSBN 233155)<br>Assistant United States Attorney |
| 4 | NEILL T. TSENG (CSBN 220348)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6967 |
| 7 | FAX: (415) 436-6748<br>jennifer.s.wang@usdoj.gov |
| 8 | neill.tseng@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LEON B. HOPPE, JR.,<br><br>　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES POST OFFICE,<br>UNITED STATES POSTAL SERVICE, and<br>DOES 1 to 100,<br><br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. C11-0540 RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** and ORDER |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

　　Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Leon B. Hoppe, Jr. and defendant United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: 9/28/12　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　LEON B. HOPPE, JR.
　　　　　　　　　　　　　　　　　　Plaintiff

| | |
|---|---|
| DATED: 10-1-12 | KNEISLER, SCHONDEL AND HUBBS<br><br>By: _/s/ Robert Hubbs/_<br>ROBERT HUBBS<br>Attorneys for Plaintiff |
| | MELINDA HAAG<br>United States Attorney |
| DATED: 1/8/13 | By: _/s/ Jennifer S Wang/_<br>JENNIFER S WANG<br>NEILL T. TSENG<br>Assistant United States Attorneys |

## [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 1/8/13

_/s/ Richard Seeborg/_
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIP OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER
C11-0540 RS                                    2