```
MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov
    neill.tseng@usdoj.gov

Attorneys for the United States of America
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON B. HOPPE, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> UNITED STATES POST OFFICE, <br> UNITED STATES POSTAL SERVICE, and <br> DOES 1 to 100, <br><br> Defendants. | No. C11-0540 RS <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** and ORDER |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Leon B. Hoppe, Jr. and defendant United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: 9/28/12

By: [signature]
LEON B. HOPPE, JR.
Plaintiff

| | |
|---|---|
| DATED: 10-1-12 | KNEISLER, SCHONDEL AND HUBBS<br><br>By: /s/ Robert Hubbs<br>ROBERT HUBBS<br>Attorneys for Plaintiff |
| | MELINDA HAAG<br>United States Attorney |
| DATED: 1/8/13 | By: /s/<br>JENNIFER S WANG<br>NEILL T. TSENG<br>Assistant United States Attorneys |

[PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 1/8/13

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIP OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER
C11-0540 RS                                                    2